UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 2008 JUN 12 A 11:57

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1721 LSP |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Yovani Audelo-Ceja ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (**Bond Posted**) / Case Disposed / Order of Court).

Marina Franco-Flores
(arr: 4/3/08)

DATED: 6/12/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
        Deputy Clerk
    Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082